DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>SAGECREEK HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00535-KJD-NJK<br><br>**STIPULATION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS**<br>**(First Request)** |

Pursuant to LR IA 6-1, Plaintiff Bank of America, N.A. (**BANA**) and Defendants Absolute Collection Services, LLC (**Absolute**), SFR Investments Pool I, LLC (**SFR**) and Sagecreek Homeowners Association (**Sagecreek**) (collectively, the **Parties**) stipulate to extend the time to file dispositive motions. The current deadline to file dispositive motions is December 6, 2018.

The Court entered a scheduling order on April 7, 2016 that included a discovery deadline of September 13, 2016. (ECF No. 15.) After the close of discovery, on September 19, 2016, the Court granted SFR's motion to stay (ECF No. 35) and emergency motion to stay (ECF No. 38) and stayed

1

47160404;1

this case pending the issuance of the mandate in *Bourne Valley Court Trust v. Wells Fargo Bank*. (ECF No. 39.) On January 25, 2017, the Court reaffirmed the stay. (ECF No. 40.) On October 22, 2018, the Court lifted the stay ordering the parties to submit a stipulated discovery plan or file dispositive motions within forty-five (45) days. (ECF No. 48.) The current deadline to file dispositive motions is December 6, 2018.

This is one of many HOA foreclosure cases all came off stay at the same time when the Nevada Supreme Court resolved the certified question in in *SFR Investments Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931. This stipulation is made due to the number of briefs in similar HOA foreclosure cases that are due in the same time period. The parties represent that the extension of the dispositive motion deadline is <u>not</u> to allow time to attempt to reopen discovery or to make additional disclosures. This representation is a material term to SFR agreeing to extend the dispositive motion deadline.

…
…
…
…
…
…
…
…
…
…
…
…
…
…
…

2

47160404;1

c

1 The parties now stipulate to a new dispositive motion cut-off date of **Tuesday, January 22,**
2 **2019**. This is the first stipulation for an extension to file dispositive motions. This stipulation is not
3 made to cause delay or prejudice any party.

4     DATED: December 4, 2018.

| | |
|---|---|
| By: /s/ *Scott Lachman* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> **AKERMAN LLP** <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br> *Attorneys for Plaintiff* | By: */s/ Shane D. Cox* <br> SHANE D. COX, ESQ. <br> Nevada Bar No. 13852 <br> **ABSOLUTE COLLECTION SERVICES, INC.** <br> 7485 W. Azure Drive, Suite 129 <br> Las Vegas, Nevada 89130 <br> *Attorney for Defendant Absolute Collection Services, Inc.* |
| By: */s/ Diana S. Ebron* <br> DIANA S. EBRON, ESQ. <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> **KIM GILBERT EBRON** <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br> *Attorneys for Defendant* <br> *SFR Investments Pool 1, LLC* | By: /s/ Patrick A. Orme <br> EDWARD D. BOYACK, ESQ. <br> Nevada Bar No. 5229 <br> PATRICK A. ORME, ESQ. <br> Nevada Bar No. 7853 <br> **BOYACK ORME & ANTHONY** <br> 7432 W. Sahara Ave., Suite 101 <br> Las Vegas, NV 89117 <br> *Attorney for Defendant Sagecreek Homeowners Association* |

**ORDER**

IT IS SO ORDERED:

DATED: __ December 13, 2018

_____   _____
UNITED STATES          JUDGE

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3

47160404;1